LOUISA BROWN, Respondent, *v.* THE CITY OF FULTON, Appellant.

*Brown* v. *City of Fulton*, 84 App. Div. 633, affirmed.
(Argued December 9, 1904; decided December 30, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 23, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Claude E. Guile, S. B. Mead* and *William S. Hillick* for appellant.

*F. T. Cahill* and *W. H. Kenyon* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not voting : O'BRIEN, J.